UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| TIMOTHY HOPSON, SR., | ) | |
|---|---|---|
| | ) | Case No. 2:21-cv-147 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Cynthia R. Wyrick |
| FIRST ONSITE, INC., | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**ORDER**

Before the Court is Plaintiff's application to proceed *in forma pauperis* (Doc. 1). On November 3, 2021, Magistrate Judge Cynthia R. Wyrick issued a report and recommendation recommending that the application be granted but that the case be dismissed without prejudice for lack of subject matter jurisdiction. (Doc. 7.) Neither party filed a timely objection to the report and recommendation.[1]

After reviewing the report and recommendation, the Court agrees with Magistrate Judge Wyrick's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 7), and **ORDERS** that Plaintiff's application to proceed *in forma pauperis* (Doc. 1) is **GRANTED**. In accordance with Magistrate Judge Wyrick's recommendation, the Clerk is **DIRECTED** to file the complaint without prepayment of costs or fees but shall not issue process at this time. (*See* Doc. 7, at 2.) The Court will further **ORDER**

---

[1] Plaintiff did submit a supplement to his complaint, but the supplement does not address the lack of diversity of citizenship identified by Magistrate Judge Wyrick in her report and recommendation. (*See* Doc. 8.)

that this case be **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

The pending motion to allow electronic filing (Doc. 5) is **DENIED AS MOOT**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**